IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| Michael N. Smetzer, | Case No. 1:10-CV-93 |
|       Plaintiff, | |
| v. | |
| Larry R. Newton, Jr., | |
|       Defendant. | |

REPORT OF MEDIATION

    Mediation was held in this case on January 30, 2013. All outstanding issues were fully settled.

                                      s/Timothy W. Woods
                                      Timothy W. Woods (1365-71)
                                      Mediator

JONES OBENCHAIN, LLP
600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634-4577
Telephone: (574) 233-1194
Facsimile: (574) 233-8957
E-mail: tww@jonesobenchain.com

1

<u>Certificate of Service</u>

The undersigned hereby certifies that, on the 31st day of January 2013, he caused a copy of the foregoing Report of Mediation to be served upon the following parties of record, via electronic mail:

| | |
|---|---|
| Thomas R. Malapit, Jr.<br>malapit@dwapc.com | James S. Stephenson<br>Michael R. Morow<br>jstephenson@Stephlaw.com |

           s/Timothy W. Woods
           Timothy W. Woods